UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ECO ELECTRICAL SYSTEMS, LLC,

          Plaintiff,

     v.

RELIAGUARD INC., et al.,

          Defendants.

No.  C 20-00444 WHA

**ORDER RE MOTION TO SEAL**

Defendant Reliaguard has filed a revised motion to seal directed toward two exhibits filed in connection with plaintiff Eco Electrical's summary judgment papers (Dkt. No. 159). Eco Electrical opposes with respect to one of the exhibits, arguing that it will want to use the unredacted exhibit at trial (Dkt. No. 164).

For the time being, the revised requests are appropriately tailored.  Reliaguard's motion is therefore **GRANTED**.  This order does not, however, prevent Eco from using the exhibits at trial.  As explained in the prior order on motions to seal, the sealing calculus may change at trial.  Therefore, if the question arises again at trial, it will be dealt with then.

**IT IS SO ORDERED.**

Dated:  January 9, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE